IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

\* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL N0: 07-40042 |
| Plaintiff, | ) | **MINUTES OF COURT** |
| vs. | ) | DATE: 9/17/2007 |
| ERICH KARL UMBELDER, | ) | |
| Defendant(s). | ) | |

PRESENT:  **HONORABLE J. PHIL GILBERT,  DISTRICT JUDGE**

DEPUTY CLERK: K. Jane Reynolds          COURT REPORTER: N/A

COUNSEL FOR PLAINTIFF(S): N/A

COUNSEL FOR DEFENDANT(S): N/A

MINUTE ORDER IN CHAMBERS: (X )

PROCEEDINGS:

TIME:

   This matter is before the court on the defendant's Motion to Continue (doc # 33).

   The Court has reviewed and considered the aforementioned motion and finds that a failure to grant the motion would likely result in a miscarriage of justice and finds the ends of justice outweigh the best interest of the public and the defendant in a speedy trial and hereby GRANTS the motion to continue.

   It is hereby ORDERED that the Motion to Suppress hearing is STRICKEN from the 9/20/2007 docket and reset for hearing on 10/12/2007 at 10:30 a.m. in Benton, IL.

NORBERT G. JAWORSKI, CLERK

By: s/ K. Jane Reynolds
Deputy Clerk